

**ORDERED in the Southern District of Florida on March 18, 2021.**

                                                                                   **Robert A. Mark, Judge**
                                                                                   **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

```
                                    )
In re:                              )   CASE NO. 21-11549-RAM
                                    )   CHAPTER  11
CSC ENTERPRISES, INC. DBA           )
SCULLY'S TAVERN,                    )
                                    )
          Debtor.                   )
                                    )
```

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON EQUITY**
**ONE'S MOTION FOR STAY RELIEF AND MOTION TO COMPEL PAYMENT**

Upon the Court's review of Equity One (Florida Portfolio) LLC's (the "Landlord") (1) Motion for Relief From Automatic Stay [DE #18] (the "Stay Relief Motion") and (2) Motion to Compel Payment of Post-Petition Rent [DE #19] (the "Motion to Compel," and together with the Stay Relief Motion, the "Motions"), it is-

**ORDERED** as follows:

1.    The Court will conduct a hearing on the Motions on **April 15, 2021** at **1:30 P.M.**  The hearing will be a telephonic hearing and all counsel must appear through CourtSolutions.  All requests to participate shall be arranged through the website of CourtSolutions, http://www.Court-Solutions.com, no later than 3:00 P.M. the business day prior to the hearing.  To reach CourtSolutions by telephone, call 917-746-7476.  Please refer to the General Procedures for telephonic hearings on Judge Mark's web page on the Court's website: https://www.flsb.uscourts.gov/judges/judge-robert-mark for further instructions.

2.    The Debtor shall file a response to the Motion to Compel by April 5, 2021.

3.    If the Debtor seeks to extend the 60-day deadline for performance under its lease with the Landlord by a further 60 days, then the Debtor shall file by April 5, 2021 a motion to extend the time for performance under 11 U.S.C. § 365(d)(3)(B).

4.    The Landlord may file a reply in support of its Stay Relief Motion provided that any such reply is filed by April 5, 2021.

5.    The Landlord may file a reply in support of its Motion to Compel provided that any such reply is filed by April 12, 2021.

###

COPIES TO:
Ricardo Corona, Esq.
Ryan E. Davis, Esq.
Tarek Kirk Kiem, Esq.
Steven D. Schneiderman, Esq.