EXHIBIT A

```
R55155001                          Tenant Reconciliation                              Date -    02/09/2021
REG0001                                                                               Tenant Number  ___13
                                                                                      Page -    1

Make Check
Payable To:    Shoppes of Sunset                      From:    Shoppes of Sunset
               PO BOX 740462                                   One Independent Drive Suite 114
               ATLANTA GA 30374-0462                           Jacksonville FL 32202-5019


Billing Address:
               C.S.C. ENTERPRISES, INC                Tenant:  C.S.C. ENTERPRISES, INC
               ATTN: CHRIS HIRSH                              ATTN: CHRIS HIRSH
               9809 SW 72ND STREET                            9809 SW 72ND STREET
               MIAMI FL 33173                                 MIAMI FL 33173


                                                                      Amount Remitted: _____
                                                                      Remit top portion with payment
```

## ACCOUNT AGING

89685  Shoppes of Sunset                  Unit:            Lease  80083904
                                          Balance Forward                          .00
80083  Shoppes of Sunset                  Unit:        1   Lease  80083904

| GL Date | Inv Date | Due Date | Bill Cd | Description | Charges | Payments | Balance | Check Number | Payment Date | Applied Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2020 | 01/01/2020 | 01/01/2020 | BASE | Min. Rent | 11,081.25 | (11,081.25) | .00 | ONLINE PMT | 06/01/2020 | (1,806.80) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 06/09/2020 | (4,225.35) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 06/17/2020 | (5,049.10) |
| 01/01/2020 | 01/01/2020 | 01/01/2020 | STAX | FL- Miami (6.5%) | 720.28 | (720.28) | .00 | ONLINE PMT | 06/01/2020 | (117.44) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 06/09/2020 | (274.65) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 06/17/2020 | (328.19) |
| 01/01/2020 | 01/01/2020 | 01/01/2020 | TWTX | Tenant Waste - Taxable | 750.03 | (750.03) | .00 | 42943 | 05/08/2020 | (750.03) |
| 01/01/2020 | 01/01/2020 | 01/01/2020 | STAX | FL- Miami (6.5%) | 48.75 | (48.75) | .00 | 42943 | 05/08/2020 | (48.75) |
| 01/01/2020 | 01/01/2020 | 01/01/2020 | CAM | CAM | 1,672.09 | (1,672.09) | .00 | 42943 | 05/08/2020 | (188.94) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 05/18/2020 | (505.92) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 06/01/2020 | (977.23) |
| 01/01/2020 | 01/01/2020 | 01/01/2020 | STAX | FL- Miami (6.5%) | 108.69 | (108.69) | .00 | 42943 | 05/08/2020 | (12.28) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 05/18/2020 | (32.88) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 06/01/2020 | (63.53) |
| 01/01/2020 | 01/01/2020 | 01/01/2020 | INS | INSURANCE | 175.84 | (175.84) | .00 | ONLINE PMT | 05/18/2020 | (175.84) |
| 01/01/2020 | 01/01/2020 | 01/01/2020 | STAX | FL- Miami (6.5%) | 11.43 | (11.43) | .00 | ONLINE PMT | 05/18/2020 | (11.43) |
| 01/01/2020 | 01/01/2020 | 01/01/2020 | RET | REAL ESTATE TAX | 1,314.38 | (1,314.38) | .00 | ONLINE PMT | 05/18/2020 | (1,314.38) |
| 01/01/2020 | 01/01/2020 | 01/01/2020 | STAX | FL- Miami (6.5%) | 85.43 | (85.43) | .00 | ONLINE PMT | 05/18/2020 | (85.43) |
| 01/13/2020 | 01/13/2020 | 01/13/2020 | LATE | Late Fees | 749.67 | (749.67) | .00 | late fee write-off | 06/19/2020 |  |
| 01/24/2020 | 01/24/2020 | 01/24/2020 | NSF | NSF 1.21.20 - acct frz | 35.00 | (35.00) | .00 | ONLINE PMT | 06/17/2020 | (35.00) |
| 02/01/2020 | 02/01/2020 | 02/01/2020 | BASE | Min. Rent | 11,081.25 | (11,081.25) | .00 | ONLINE PMT | 06/17/2020 | (11,081.25) |
| 02/01/2020 | 02/01/2020 | 02/01/2020 | STAX | FL- Miami (6.5%) | 720.28 | (720.28) | .00 | ONLINE PMT | 06/17/2020 | (720.28) |
| 02/01/2020 | 02/01/2020 | 02/01/2020 | TWTX | Tenant Waste - Taxable | 750.03 | (750.03) | .00 | ONLINE PMT | 06/17/2020 | (750.03) |
| 02/01/2020 | 02/01/2020 | 02/01/2020 | STAX | FL- Miami (6.5%) | 48.75 | (48.75) | .00 | ONLINE PMT | 06/17/2020 | (48.75) |
| 02/01/2020 | 02/01/2020 | 02/01/2020 | CAM | CAM | 1,672.09 | (1,672.09) | .00 | ONLINE PMT | 06/17/2020 | (1,672.09) |
| 02/01/2020 | 02/01/2020 | 02/01/2020 | STAX | FL- Miami (6.5%) | 108.69 | (108.69) | .00 | ONLINE PMT | 06/17/2020 | (108.69) |
| 02/01/2020 | 02/01/2020 | 02/01/2020 | INS | INSURANCE | 175.84 | (175.84) | .00 | ONLINE PMT | 06/17/2020 | (175.84) |
| 02/01/2020 | 02/01/2020 | 02/01/2020 | STAX | FL- Miami (6.5%) | 11.43 | (11.43) | .00 | ONLINE PMT | 06/17/2020 | (11.43) |
| 02/01/2020 | 02/01/2020 | 02/01/2020 | RET | REAL ESTATE TAX | 1,314.38 | (1,314.38) | .00 | ONLINE PMT | 06/17/2020 | (1,314.38) |
| 02/01/2020 | 02/01/2020 | 02/01/2020 | STAX | FL- Miami (6.5%) | 85.43 | (85.43) | .00 | ONLINE PMT | 06/17/2020 | (85.43) |
| 02/11/2020 | 02/11/2020 | 02/11/2020 | LATE | Late Fees | 554.06 | (554.06) | .00 | late fee write-off | 06/19/2020 |  |
| 02/11/2020 | 02/11/2020 | 02/11/2020 | LATE | Late Fees | 37.50 | (37.50) | .00 | late fee write-off | 06/19/2020 |  |
| 02/11/2020 | 02/11/2020 | 02/11/2020 | LATE | Late Fees | 83.60 | (83.60) | .00 | late fee write-off | 06/19/2020 |  |
| 02/11/2020 | 02/11/2020 | 02/11/2020 | LATE | Late Fees | 8.79 | (8.79) | .00 | late fee write-off | 06/19/2020 |  |
| 02/11/2020 | 02/11/2020 | 02/11/2020 | LATE | Late Fees | 65.72 | (65.72) | .00 | late fee write-off | 06/19/2020 |  |
| 03/01/2020 | 03/01/2020 | 03/01/2020 | BASE | Min. Rent | 11,081.25 | (11,081.25) | .00 | ONLINE PMT | 06/17/2020 | (11,081.25) |
| 03/01/2020 | 03/01/2020 | 03/01/2020 | STAX | FL- Miami (6.5%) | 720.28 | (720.28) | .00 | ONLINE PMT | 06/17/2020 | (720.28) |
| 03/01/2020 | 03/01/2020 | 03/01/2020 | TWTX | Tenant Waste - Taxable | 750.03 | (750.03) | .00 | ONLINE PMT | 06/17/2020 | (750.03) |
| 03/01/2020 | 03/01/2020 | 03/01/2020 | STAX | FL- Miami (6.5%) | 48.75 | (48.75) | .00 | ONLINE PMT | 06/17/2020 | (48.75) |
| 03/01/2020 | 03/01/2020 | 03/01/2020 | CAM | CAM | 1,672.09 | (1,672.09) | .00 | ONLINE PMT | 06/17/2020 | (1,672.09) |
| 03/01/2020 | 03/01/2020 | 03/01/2020 | STAX | FL- Miami (6.5%) | 108.69 | (108.69) | .00 | ONLINE PMT | 06/17/2020 | (108.69) |
| 03/01/2020 | 03/01/2020 | 03/01/2020 | INS | INSURANCE | 175.84 | (175.84) | .00 | ONLINE PMT | 06/17/2020 | (175.84) |
| 03/01/2020 | 03/01/2020 | 03/01/2020 | STAX | FL- Miami (6.5%) | 11.43 | (11.43) | .00 | ONLINE PMT | 06/17/2020 | (11.43) |
| 03/01/2020 | 03/01/2020 | 03/01/2020 | RET | REAL ESTATE TAX | 1,314.38 | (1,314.38) | .00 | ONLINE PMT | 06/17/2020 | (1,314.38) |
| 03/01/2020 | 03/01/2020 | 03/01/2020 | STAX | FL- Miami (6.5%) | 85.43 | (85.43) | .00 | ONLINE PMT | 06/17/2020 | (85.43) |
| 03/12/2020 | 03/12/2020 | 03/12/2020 | LATE | Late Fees | 749.67 | (749.67) | .00 | late fee write-off | 06/19/2020 |  |
| 03/18/2020 | 03/18/2020 | 03/18/2020 | NSF | NSF Online Pmt 01.16.2020 | 35.00 | (35.00) | .00 | ONLINE PMT | 06/17/2020 | (35.00) |
| 04/01/2020 | 04/01/2020 | 04/01/2020 | BASE | Min. Rent | 11,081.25 | (7,934.02) | 3,147.23 | ONLINE PMT | 07/10/2020 | (2,769.70) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 07/10/2020 | (1,286.19) |

R55155001  
REG0001

Tenant Reconciliation

Date - 02/09/2021  
Tenant Number ███ 13  
Page - 2

| Date1 | Date2 | Date3 | Code | Description | Amount1 | Amount2 | Amount3 | Type | Date4 | Amount4 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ONLINE PMT | 07/27/2020 | (1,877.93) |
| 04/01/2020 | 04/01/2020 | 04/01/2020 | STAX | FL- Miami (6.5%) | 720.28 | (515.71) | 204.57 | ONLINE PMT | 07/17/2020 | (180.03) |
| | | | | | | | | ONLINE PMT | 07/20/2020 | (213.61) |
| | | | | | | | | ONLINE PMT | 07/27/2020 | (122.07) |
| 04/01/2020 | 04/01/2020 | 04/01/2020 | TWTX | Tenant Waste - Taxable | 750.03 | (750.03) | .00 | ONLINE PMT | 06/17/2020 | (750.03) |
| 04/01/2020 | 04/01/2020 | 04/01/2020 | STAX | FL- Miami (6.5%) | 48.75 | (48.75) | 00 | ONLINE PMT | 06/17/2020 | (48.75) |
| 04/01/2020 | 04/01/2020 | 04/01/2020 | CAM | CAM | 1,672.09 | (1,672.09) | 00 | ONLINE PMT | 06/17/2020 | (216.44) |
| | | | | | | | | ONLINE PMT | 07/07/2020 | (1,455.65) |
| 04/01/2020 | 04/01/2020 | 04/01/2020 | STAX | FL- Miami (6.5%) | 108.69 | (108.69) | 00 | ONLINE PMT | 06/17/2020 | (14.07) |
| | | | | | | | | ONLINE PMT | 07/07/2020 | (94.62) |
| 04/01/2020 | 04/01/2020 | 04/01/2020 | INS | INSURANCE | 175.84 | (175.84) | 00 | ONLINE PMT | 06/17/2020 | (175.84) |
| 04/01/2020 | 04/01/2020 | 04/01/2020 | STAX | FL- Miami (6.5%) | 11.43 | (11.43) | .00 | ONLINE PMT | 06/17/2020 | (11.43) |
| 04/01/2020 | 04/01/2020 | 04/01/2020 | RET | REAL ESTATE TAX | 1,314.38 | (1,314.38) | .00 | ONLINE PMT | 06/17/2020 | (1,314.38) |
| 04/01/2020 | 04/01/2020 | 04/01/2020 | STAX | FL- Miami (6.5%) | 85.43 | (85.43) | 00 | ONLINE PMT | 06/17/2020 | (85.43) |
| 05/01/2020 | 05/01/2020 | 05/01/2020 | BASE | Min. Rent | 11,081.25 | | 11,081.25 | | | |
| 05/01/2020 | 05/01/2020 | 05/01/2020 | STAX | FL- Miami (6.5%) | 720.28 | | 720.28 | | | |
| 05/01/2020 | 05/01/2020 | 05/01/2020 | TWTX | Tenant Waste - Taxable | 750.03 | | 750.03 | | | |
| 05/01/2020 | 05/01/2020 | 05/01/2020 | STAX | FL- Miami (6.5%) | 48.75 | | 48.75 | | | |
| 05/01/2020 | 05/01/2020 | 05/01/2020 | CAM | CAM | 1,672.09 | | 1,672.09 | | | |
| 05/01/2020 | 05/01/2020 | 05/01/2020 | STAX | FL- Miami (6.5%) | 108.69 | | 108.69 | | | |
| 05/01/2020 | 05/01/2020 | 05/01/2020 | INS | INSURANCE | 175.84 | | 175.84 | | | |
| 05/01/2020 | 05/01/2020 | 05/01/2020 | STAX | FL- Miami (6.5%) | 11.43 | | 11.43 | | | |
| 05/01/2020 | 05/01/2020 | 05/01/2020 | RET | REAL ESTATE TAX | 1,314.38 | | 1,314.38 | | | |
| 05/01/2020 | 05/01/2020 | 05/01/2020 | STAX | FL- Miami (6.5%) | 85.43 | | 85.43 | | | |
| 06/01/2020 | 06/01/2020 | 06/01/2020 | BASE | Min. Rent | 11,081.25 | | 11,081.25 | | | |
| 06/01/2020 | 06/01/2020 | 06/01/2020 | STAX | FL- Miami (6.5%) | 720.28 | | 720.28 | | | |
| 06/01/2020 | 06/01/2020 | 06/01/2020 | TWTX | Tenant Waste - Taxable | 750.03 | | 750.03 | | | |
| 06/01/2020 | 06/01/2020 | 06/01/2020 | STAX | FL- Miami (6.5%) | 48.75 | | 48.75 | | | |
| 06/01/2020 | 06/01/2020 | 06/01/2020 | CAM | CAM | 1,672.09 | | 1,672.09 | | | |
| 06/01/2020 | 06/01/2020 | 06/01/2020 | STAX | FL- Miami (6.5%) | 108.69 | | 108.69 | | | |
| 06/01/2020 | 06/01/2020 | 06/01/2020 | INS | INSURANCE | 175.84 | | 175.84 | | | |
| 06/01/2020 | 06/01/2020 | 06/01/2020 | STAX | FL- Miami (6.5%) | 11.43 | | 11.43 | | | |
| 06/01/2020 | 06/01/2020 | 06/01/2020 | RET | REAL ESTATE TAX | 1,314.38 | | 1,314.38 | | | |
| 06/01/2020 | 06/01/2020 | 06/01/2020 | STAX | FL- Miami (6.5%) | 85.43 | | 85.43 | | | |
| 06/15/2020 | 06/15/2020 | 07/15/2020 | CAMP | CAM REC PRIOR YEAR | (1,945.97) | | (1,945.97) | | | |
| 06/15/2020 | 06/15/2020 | 07/15/2020 | STAX | FL- Miami (6.5%) | (126.49) | | (126.49) | | | |
| 06/15/2020 | 06/15/2020 | 07/15/2020 | INSP | INSURANCE REC PRIOR YEAR | (540.55) | | (540.55) | | | |
| 06/15/2020 | 06/15/2020 | 07/15/2020 | STAX | FL- Miami (6.5%) | (35.14) | | (35.14) | | | |
| 06/15/2020 | 06/15/2020 | 07/15/2020 | RETP | REAL ESTATE TAX REC PRIOR YEAR | 1,681.52 | | 1,681.52 | | | |
| 06/15/2020 | 06/15/2020 | 07/15/2020 | STAX | FL- Miami (6.5%) | 109.30 | | 109.30 | | | |
| 06/19/2020 | 06/19/2020 | 06/19/2020 | NSF | NSF Online PMT 06/15/2020 | 35.00 | | 35.00 | | | |
| 06/20/2020 | 06/20/2020 | 07/20/2020 | SUPP | SUPP RET REC PRIOR YR | (810.14) | | (810.14) | | | |
| 06/20/2020 | 06/20/2020 | 07/20/2020 | STAX | FL- Miami (6.5%) | (52.66) | | (52.66) | | | |
| 07/01/2020 | 07/01/2020 | 07/01/2020 | BASE | Min. Rent | 11,081.25 | (1,721.46) | 9,359.79 | ONLINE PMT | 10/01/2020 | (1,721.46) |
| 07/01/2020 | 07/01/2020 | 07/01/2020 | STAX | FL- Miami (6.5%) | 720.28 | (111.90) | 608.38 | ONLINE PMT | 10/01/2020 | (111.90) |
| 07/01/2020 | 07/01/2020 | 07/01/2020 | TWTX | Tenant Waste - Taxable | 750.03 | (750.03) | .00 | ONLINE PMT | 09/25/2020 | (750.03) |
| 07/01/2020 | 07/01/2020 | 07/01/2020 | STAX | FL- Miami (6.5%) | 48.75 | (48.75) | .00 | ONLINE PMT | 09/25/2020 | (48.75) |
| 07/01/2020 | 07/01/2020 | 07/01/2020 | CAM | CAM | 1,672.09 | (1,672.09) | .00 | ONLINE PMT | 09/25/2020 | (576.66) |
| | | | | | | | | ONLINE PMT | 10/01/2020 | (1,095.43) |
| 07/01/2020 | 07/01/2020 | 07/01/2020 | STAX | FL- Miami (6.5%) | 108.69 | (108.69) | .00 | ONLINE PMT | 09/25/2020 | (37.48) |
| | | | | | | | | ONLINE PMT | 10/01/2020 | (71.21) |
| 07/01/2020 | 07/01/2020 | 07/01/2020 | INS | INSURANCE | 175.84 | (175.84) | .00 | ONLINE PMT | 09/25/2020 | (175.84) |
| 07/01/2020 | 07/01/2020 | 07/01/2020 | STAX | FL- Miami (6.5%) | 11.43 | (11.43) | .00 | ONLINE PMT | 09/25/2020 | (11.43) |
| 07/01/2020 | 07/01/2020 | 07/01/2020 | RET | REAL ESTATE TAX | 1,314.38 | (1,314.38) | 00 | ONLINE PMT | 09/25/2020 | (1,314.38) |
| 07/01/2020 | 07/01/2020 | 07/01/2020 | STAX | FL- Miami (6.5%) | 85.43 | (85.43) | 00 | ONLINE PMT | 09/25/2020 | (85.43) |
| 08/01/2020 | 08/01/2020 | 08/01/2020 | BASE | Min. Rent | 11,081.25 | (7,824.74) | 3,256.51 | ONLINE PMT | 09/11/2020 | (1,251.98) |
| | | | | | | | | ONLINE PMT | 09/11/2020 | (1,877.93) |
| | | | | | | | | ONLINE PMT | 10/03/2020 | (1,877.93) |
| | | | | | | | | ONLINE PMT | 11/09/2020 | (2,816.90) |
| 08/01/2020 | 08/01/2020 | 08/01/2020 | STAX | FL- Miami (6.5%) | 720.28 | (508.62) | 211.66 | ONLINE PMT | 09/11/2020 | (81.38) |
| | | | | | | | | ONLINE PMT | 09/13/2020 | (122.07) |
| | | | | | | | | ONLINE PMT | 10/03/2020 | (122.07) |
| | | | | | | | | ONLINE PMT | 11/09/2020 | (183.10) |
| 08/01/2020 | 08/01/2020 | 08/01/2020 | TWTX | Tenant Waste - Taxable | 750.03 | (750.03) | .00 | ONLINE PMT | 09/11/2020 | (750.03) |
| 08/01/2020 | 08/01/2020 | 08/01/2020 | STAX | FL- Miami (6.5%) | 48.75 | (48.75) | 00 | ONLINE PMT | 09/11/2020 | (48.75) |
| 08/01/2020 | 08/01/2020 | 08/01/2020 | CAM | CAM | 1,672.09 | (1,672.09) | .00 | ONLINE PMT | 08/28/2020 | (387.72) |
| | | | | | | | | ONLINE PMT | 09/11/2020 | (1,284.37) |
| 08/01/2020 | 08/01/2020 | 08/01/2020 | STAX | FL- Miami (6.5%) | 108.69 | (108.69) | .00 | ONLINE PMT | 08/28/2020 | (25.20) |
| | | | | | | | | ONLINE PMT | 09/11/2020 | (83.49) |
| 08/01/2020 | 08/01/2020 | 08/01/2020 | INS | INSURANCE | 175.84 | (175.84) | 00 | ONLINE PMT | 08/28/2020 | (175.84) |
| 08/01/2020 | 08/01/2020 | 08/01/2020 | STAX | FL- Miami (6.5%) | 11.43 | (11.43) | 00 | ONLINE PMT | 08/28/2020 | (11.43) |
| 08/01/2020 | 08/01/2020 | 08/01/2020 | RET | REAL ESTATE TAX | 1,314.38 | (1,314.38) | .00 | ONLINE PMT | 08/28/2020 | (1,314.38) |
| 08/01/2020 | 08/01/2020 | 08/01/2020 | STAX | FL- Miami (6.5%) | 85.43 | (85.43) | .00 | ONLINE PMT | 08/28/2020 | (85.43) |
| 08/10/2020 | 08/10/2020 | 09/09/2020 | SUPP | SUPP RET REC PRIOR YR | (800.77) | | (800.77) | | | |
| 08/10/2020 | 08/10/2020 | 09/09/2020 | STAX | FL- Miami (6.5%) | (52.05) | | (52.05) | | | |
| 09/01/2020 | 09/01/2020 | 09/01/2020 | BASE | Min. Rent | 11,081.25 | (3,599.40) | 7,481.85 | ONLINE PMT | 12/07/2020 | (1,721.46) |
| | | | | | | | | ONLINE PMT | 12/10/2020 | (938.97) |
| | | | | | | | | ONLINE PMT | 12/11/2020 | (938.97) |
| 09/01/2020 | 09/01/2020 | 09/01/2020 | STAX | FL- Miami (6.5%) | 720.28 | (233.96) | 486.32 | ONLINE PMT | 12/07/2020 | (111.90) |
| | | | | | | | | ONLINE PMT | 12/10/2020 | (61.03) |
| | | | | | | | | ONLINE PMT | 12/11/2020 | (61.03) |
| 09/01/2020 | 09/01/2020 | 09/01/2020 | TWTX | Tenant Waste - Taxable | 750.03 | (750.03) | .00 | ONLINE PMT | 11/03/2020 | (750.03) |
| 09/01/2020 | 09/01/2020 | 09/01/2020 | STAX | FL- Miami (6.5%) | 48.75 | (48.75) | 00 | ONLINE PMT | 11/03/2020 | (48.75) |
| 09/01/2020 | 09/01/2020 | 09/01/2020 | CAM | CAM | 1,672.09 | (1,672.09) | .00 | ONLINE PMT | 11/03/2020 | (576.66) |
| | | | | | | | | ONLINE PMT | 12/07/2020 | (1,095.43) |

```
R55155001                                        Tenant Reconciliation                                      Date -      02/09/2021
REG0001                                                                                                     Tenant Number    13
                                                                                                                Page -    3
```

| GL Date | Inv Date | Due Date | Bill Cd | Description | Charges | Payments | Balance | Check Number | Payment Date | Applied Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2020 | 09/01/2020 | 09/01/2020 | STAX | FL- Miami (6.5%) | 108.69 | (108.69) | .00 | ONLINE PMT | 11/03/2020 | (37.48) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 12/07/2020 | (71.21) |
| 09/01/2020 | 09/01/2020 | 09/01/2020 | INS | INSURANCE | 175.84 | (175.84) | .00 | ONLINE PMT | 11/03/2020 | (175.84) |
| 09/01/2020 | 09/01/2020 | 09/01/2020 | STAX | FL- Miami (6.5%) | 11.43 | (11.43) | .00 | ONLINE PMT | 11/03/2020 | (11.43) |
| 09/01/2020 | 09/01/2020 | 09/01/2020 | RET | REAL ESTATE TAX | 1,314.38 | (1,314.38) | .00 | ONLINE PMT | 11/03/2020 | (1,314.38) |
| 09/01/2020 | 09/01/2020 | 09/01/2020 | STAX | FL- Miami (6.5%) | 85.43 | (85.43) | .00 | ONLINE PMT | 11/03/2020 | (85.43) |
| 10/01/2020 | 10/01/2020 | 10/01/2020 | BASE | Min. Rent | 11,081.25 | (3,599.40) | 7,481.85 | ONLINE PMT | 10/20/2020 | (1,721.46) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 12/03/2020 | (938.97) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 12/04/2020 | (938.97) |
| 10/01/2020 | 10/01/2020 | 10/01/2020 | STAX | FL- Miami (6.5%) | 720.28 | (233.96) | 486.32 | ONLINE PMT | 10/20/2020 | (111.90) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 12/03/2020 | (61.03) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 12/04/2020 | (61.03) |
| 10/01/2020 | 10/01/2020 | 10/01/2020 | TWTX | Tenant Waste - Taxable | 750.03 | (750.03) | .00 | ONLINE PMT | 10/13/2020 | (750.03) |
| 10/01/2020 | 10/01/2020 | 10/01/2020 | STAX | FL- Miami (6.5%) | 48.75 | (48.75) | .00 | ONLINE PMT | 10/13/2020 | (48.75) |
| 10/01/2020 | 10/01/2020 | 10/01/2020 | CAM | CAM | 1,672.09 | (1,672.09) | .00 | ONLINE PMT | 10/13/2020 | (576.66) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 10/20/2020 | (1,095.43) |
| 10/01/2020 | 10/01/2020 | 10/01/2020 | STAX | FL- Miami (6.5%) | 108.69 | (108.69) | .00 | ONLINE PMT | 10/13/2020 | (37.48) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 10/20/2020 | (71.21) |
| 10/01/2020 | 10/01/2020 | 10/01/2020 | INS | INSURANCE | 175.84 | (175.84) | .00 | ONLINE PMT | 10/13/2020 | (175.84) |
| 10/01/2020 | 10/01/2020 | 10/01/2020 | STAX | FL- Miami (6.5%) | 11.43 | (11.43) | .00 | ONLINE PMT | 10/13/2020 | (11.43) |
| 10/01/2020 | 10/01/2020 | 10/01/2020 | RET | REAL ESTATE TAX | 1,314.38 | (1,314.38) | .00 | ONLINE PMT | 10/13/2020 | (1,314.38) |
| 10/01/2020 | 10/01/2020 | 10/01/2020 | STAX | FL- Miami (6.5%) | 85.43 | (85.43) | .00 | ONLINE PMT | 10/13/2020 | (85.43) |
| 11/01/2020 | 11/01/2020 | 11/01/2020 | BASE | Min. Rent | 11,081.25 | (782.50) | 10,298.75 | ONLINE PMT | 11/23/2020 | (782.50) |
| 11/01/2020 | 11/01/2020 | 11/01/2020 | STAX | FL- Miami (6.5%) | 720.28 | (50.86) | 669.42 | ONLINE PMT | 11/23/2020 | (50.86) |
| 11/01/2020 | 11/01/2020 | 11/01/2020 | TWTX | Tenant Waste - Taxable | 750.03 | (750.03) | .00 | ONLINE PMT | 10/27/2020 | (387.72) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 11/23/2020 | (362.31) |
| 11/01/2020 | 11/01/2020 | 11/01/2020 | STAX | FL- Miami (6.5%) | 48.75 | (48.75) | .00 | ONLINE PMT | 10/27/2020 | (25.20) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 11/23/2020 | (23.55) |
| 11/01/2020 | 11/01/2020 | 11/01/2020 | CAM | CAM | 1,672.09 | (1,672.09) | .00 | ONLINE PMT | 11/23/2020 | (1,672.09) |
| 11/01/2020 | 11/01/2020 | 11/01/2020 | STAX | FL- Miami (6.5%) | 108.69 | (108.69) | .00 | ONLINE PMT | 11/23/2020 | (108.69) |
| 11/01/2020 | 11/01/2020 | 11/01/2020 | INS | INSURANCE | 175.84 | (175.84) | .00 | ONLINE PMT | 10/27/2020 | (175.84) |
| 11/01/2020 | 11/01/2020 | 11/01/2020 | STAX | FL- Miami (6.5%) | 11.43 | (11.43) | .00 | ONLINE PMT | 10/27/2020 | (11.43) |
| 11/01/2020 | 11/01/2020 | 11/01/2020 | RET | REAL ESTATE TAX | 1,314.38 | (1,314.38) | .00 | ONLINE PMT | 10/27/2020 | (1,314.38) |
| 11/01/2020 | 11/01/2020 | 11/01/2020 | STAX | FL- Miami (6.5%) | 85.43 | (85.43) | .00 | ONLINE PMT | 10/27/2020 | (85.43) |
| 11/19/2020 | 11/19/2020 | 11/19/2020 | NSF | NSF PMT 11/17/2020 | 35.00 |  | 35.00 |  |  |  |
| 12/01/2020 | 12/01/2020 | 12/01/2020 | BASE | Min. Rent | 11,081.25 |  | 11,081.25 |  |  |  |
| 12/01/2020 | 12/01/2020 | 12/01/2020 | STAX | FL- Miami (6.5%) | 720.28 |  | 720.28 |  |  |  |
| 12/01/2020 | 12/01/2020 | 12/01/2020 | TWTX | Tenant Waste - Taxable | 750.03 |  | 750.03 |  |  |  |
| 12/01/2020 | 12/01/2020 | 12/01/2020 | STAX | FL- Miami (6.5%) | 48.75 |  | 48.75 |  |  |  |
| 12/01/2020 | 12/01/2020 | 12/01/2020 | CAM | CAM | 1,672.09 |  | 1,672.09 |  |  |  |
| 12/01/2020 | 12/01/2020 | 12/01/2020 | STAX | FL- Miami (6.5%) | 108.69 |  | 108.69 |  |  |  |
| 12/01/2020 | 12/01/2020 | 12/01/2020 | INS | INSURANCE | 175.84 |  | 175.84 |  |  |  |
| 12/01/2020 | 12/01/2020 | 12/01/2020 | STAX | FL- Miami (6.5%) | 11.43 |  | 11.43 |  |  |  |
| 12/01/2020 | 12/01/2020 | 12/01/2020 | RET | REAL ESTATE TAX | 1,314.38 |  | 1,314.38 |  |  |  |
| 12/01/2020 | 12/01/2020 | 12/01/2020 | STAX | FL- Miami (6.5%) | 85.43 |  | 85.43 |  |  |  |
| 12/17/2020 | 12/17/2020 | 12/17/2020 | NSF | R01-INSUFFICIENT FUNDS | 35.00 |  | 35.00 |  |  |  |
| 01/01/2021 | 01/01/2021 | 01/01/2021 | BASE | Min. Rent | 11,304.52 | (5,488.15) | 5,816.37 | ONLINE PMT | 01/05/2021 | (793.31) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 01/11/2021 | (938.97) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 01/14/2021 | (3,755.87) |
| 01/01/2021 | 01/01/2021 | 01/01/2021 | STAX | FL- Miami (6.5%) | 734.79 | (356.72) | 378.07 | ONLINE PMT | 01/05/2021 | (51.56) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 01/11/2021 | (61.03) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 01/14/2021 | (244.13) |
| 01/01/2021 | 01/01/2021 | 01/01/2021 | CAM | CAM | 1,386.11 | (1,386.11) | .00 | ONLINE PMT | 01/05/2021 | (145.66) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 01/05/2021 | (1,240.45) |
| 01/01/2021 | 01/01/2021 | 01/01/2021 | STAX | FL- Miami (6.5%) | 90.10 | (90.10) | .00 | ONLINE PMT | 01/05/2021 | (9.47) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 01/05/2021 | (80.63) |
| 01/01/2021 | 01/01/2021 | 01/01/2021 | INS | INSURANCE | 305.09 | (305.09) | .00 | ONLINE PMT | 01/04/2021 | (166.44) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 01/05/2021 | (138.65) |
| 01/01/2021 | 01/01/2021 | 01/01/2021 | STAX | FL- Miami (6.5%) | 19.83 | (19.83) | .00 | ONLINE PMT | 01/04/2021 | (10.82) |
|  |  |  |  |  |  |  |  | ONLINE PMT | 01/05/2021 | (9.01) |
| 01/01/2021 | 01/01/2021 | 01/01/2021 | RET | REAL ESTATE TAX | 1,437.80 | (1,437.80) | .00 | ONLINE PMT | 01/05/2021 | (1,437.80) |
| 01/01/2021 | 01/01/2021 | 01/01/2021 | STAX | FL- Miami (6.5%) | 93.46 | (93.46) | .00 | ONLINE PMT | 01/05/2021 | (93.46) |
| 01/01/2021 | 01/01/2021 | 01/01/2021 | TWTX | Tenant Waste - Taxable | 772.53 | (772.53) | .00 | ONLINE PMT | 01/04/2021 | (772.53) |
| 01/01/2021 | 01/01/2021 | 01/01/2021 | STAX | FL- Miami (6.5%) | 50.21 | (50.21) | .00 | ONLINE PMT | 01/04/2021 | (50.21) |
| 01/19/2021 | 01/19/2021 | 01/19/2021 | TWTX | 1020 Waste Reconciliation | (2,135.60) |  | (2,135.60) |  |  |  |
| 01/19/2021 | 01/19/2021 | 01/19/2021 | STAX | FL- Miami (6.5%) | (138.81) |  | (138.81) |  |  |  |
| 01/19/2021 | 01/19/2021 | 01/19/2021 | NSF | R01-INSUFFICIENT FUNDS | 35.00 |  | 35.00 |  |  |  |
| 02/01/2021 | 02/01/2021 | 02/01/2021 | BASE | Min. Rent | 11,304.52 |  | 11,304.52 |  |  |  |
| 02/01/2021 | 02/01/2021 | 02/01/2021 | STAX | FL- Miami (6.5%) | 734.79 |  | 734.79 |  |  |  |
| 02/01/2021 | 02/01/2021 | 02/01/2021 | CAM | CAM | 1,386.11 |  | 1,386.11 |  |  |  |
| 02/01/2021 | 02/01/2021 | 02/01/2021 | STAX | FL- Miami (6.5%) | 90.10 |  | 90.10 |  |  |  |
| 02/01/2021 | 02/01/2021 | 02/01/2021 | INS | INSURANCE | 305.09 |  | 305.09 |  |  |  |
| 02/01/2021 | 02/01/2021 | 02/01/2021 | STAX | FL- Miami (6.5%) | 19.83 |  | 19.83 |  |  |  |
| 02/01/2021 | 02/01/2021 | 02/01/2021 | RET | REAL ESTATE TAX | 1,437.80 |  | 1,437.80 |  |  |  |
| 02/01/2021 | 02/01/2021 | 02/01/2021 | STAX | FL- Miami (6.5%) | 93.46 |  | 93.46 |  |  |  |
| 02/01/2021 | 02/01/2021 | 02/01/2021 | TWTX | Tenant Waste - Taxable | 772.53 |  | 772.53 |  |  |  |
| 02/01/2021 | 02/01/2021 | 02/01/2021 | STAX | FL- Miami (6.5%) | 50.21 |  | 50.21 |  |  |  |

80083  Shoppes at Sunset  Unit:  Lease

| | | | | Balance Forward | | | .00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2020 | 01/01/2020 | 02/01/2021 | | | | (1,000.00) | (1,000.00) | 42943 | 05/08/2020 | |
| 03/12/2020 | | | | | | | | late fee write-off | 06/19/2020 | |

| | | | | |
|---|---|---|---|---|
| R55155001 | | Tenant Reconciliation | | Date - 02/09/2021 |
| REG0001 | | | | Tenant Number ●●●13 |
| 12/05/2019 | (134,000.00) | (134,000.00) | ONLINE PMT | Page - 4 |
| ACCOUNT SUMMARY | | | | 06/01/2020 |

| | |
|---|---|
| Balance Prior To 01/01/2020 | .00 |
| Plus Charges From 01/01/2020 | 221,618.57 |
| Less Payments / Credits From 01/01/2020 | (112,339.89) |
| AMOUNT DUE: | 109,278.68 |