# EXHIBIT B

Page 1

### Scullys Tavern
### 9809 Sunset Dr.
### Daily Balance Report For 11/01/20 to 11/30/20

Report Date 03/01/2021 07:23 AM Printed By dog crikdog

| Total Revenue | 11.01/20 | to 11/30/20 | Total Accounted | |
|---|---|---|---|---|
| Departments Sales | Totals | | Credit Cards | Totals |
| Beer | 10351.40 | | Sub Total | $0.00 |
| Food | 25864.17 | | Non Cash Tenders | |
| Liquor | 10721.35 | | AMX2 | 4525.69 |
| merchandise | 32.00 | | DISCOVER2 | 634.87 |
| modifiers | 117.00 | | IGT | 1802.37 |
| Wine | 1709.35 | | VISA/MC 2 | 38262.36 |
| Total *(includes discounts)* | $48795.27 | | Sub Total | $45225.29 |
| | | | Total | $45225.29 |
| Gift Certificate Sales | | | | |
| Gift Certificate | 62.00 | | | |
| Total | $62.00 | | Discounts | $48.70 |
| Sales Tax Collected | | | Bank Deposits | $0.00 |
| Sales Tax 1 | 3904.49 | | | |
| Total | $3904.49 | | Short | -7487.77 |
| ** ACCOUNT FOR | $52761.76 | | ** ACCOUNTED FOR | $52761.76 |
| ** Gross Sales ** | ** Adjusted Gross * | ** Net Sales ** | ** Voids ** | ** Not Taxed |
| $50490.32 | $48795.27 | $48746.57 | $1633.05 | 0.00 |
| ** Grand Total | ** Cash Tenders | ** Non Cash Tips | ** Gratuity ** | ** Cash Less Tips |
| $52651.06 | 14732.29 | 7239.32 | $0.00 | 7492.97 |
| ** Tranaction Avg $37.44 | Tran # 1302 | | Trans $ 48746.57 | Cust Ct 1519 |

| Labor | | Percentage % | | |
|---|---|---|---|---|
| Total | | $0.00 | Discounts | |
| | | | employee meal | 48.70 |
| | | | Total | $48.70 |

Page 1

Scullys Tavern
9809 Sunset Dr.
Daily Balance Report For 01/01/21 to 01/31/21

Report Date 03/01/2021  07:04 AM Printed By dog crikdog

| Total Revenue | 01/01/21 | to 01/31/21 | Total Accounted | |
|---|---|---|---|---|
| Departments Sales | Totals | | Credit Cards | Totals |
| Beer | 12939.15 | | Sub Total | $0.00 |
| Food | 32483.05 | | Non Cash Tenders | |
| Liquor | 15659.15 | | AMX2 | 6029.08 |
| modifiers | 158.50 | | DISCOVER2 | 1331.75 |
| Wine | 2278.30 | | IGT | 2270.39 |
| Total *(includes discounts)* | $63518.15 | | VISA/MC 2 | 51882.95 |
| | | | Sub Total | $61514.17 |
| Gift Certificate Sales | | | Total | $61514.17 |
| Gift Certificate | 96.00 | | | |
| Total | $96.00 | | | |
| | | | Discounts | $107.11 |
| Sales Tax Collected | | | | |
| Sales Tax 1 | 5082.52 | | Bank Deposits | $0.00 |
| Total | $5082.52 | | | |
| | | | Short | -7075.39 |
| ** ACCOUNT FOR | $68696.67 | | ** ACCOUNTED FOR | $68696.67 |

| ** Gross Sales ** | ** Adjusted Gross * | ** Net Sales ** | ** Voids ** | ** Not Taxed |
|---|---|---|---|---|
| $65714.50 | $63518.15 | $63411.04 | $2100.35 | 0.00 |
| ** Grand Total | ** Cash Tenders | ** Non Cash Tips | ** Gratuity ** | ** Cash Less Tips |
| $68493.56 | 16940.40 | 9795.14 | $0.00 | 7145.26 |
| ** Tranaction Avg $36.97 | Tran # 1715 | | Trans $ 63411.04 | Cust Ct 2034 |

Labor
Total                    Percentage %
                         $0.00          Discounts
                                        buy/10 get/10 wings     9.50
                                        employee meal          91.64
                                        Manager Discount        5.97
                                        Total                $107.11

Page 1

**Scullys Tavern**
9809 Sunset Dr.
Daily Balance Report For 02/01/21 to 02/28/21

Report Date 03/01/2021 07:01 AM Printed By dog crikdog

| Total Revenue | 02/01/21 | to 02/28/21 | Total Accounted | |
|---|---|---|---|---|
| Departments Sales | Totals | | Credit Cards | Totals |
| Beer | 12753.65 | | Sub Total | $0.00 |
| Food | 30439.89 | | Non Cash Tenders | |
| Liquor | 16236.65 | | AMX2 | 5725.00 |
| modifiers | 199.40 | | DISCOVER2 | 823.52 |
| Wine | 1861.60 | | IGT | 2166.44 |
| Total *(includes discounts)* | $61491.19 | | VISA/MC 2 | 50392.65 |
| | | | Sub Total | $59107.61 |
| Gift Certificate Sales | | | Total | $59107.61 |
| Gift Certificate | 90.38 | | | |
| Total | $90.38 | | | |
| | | | Discounts | $82.01 |
| Sales Tax Collected | | | | |
| Sales Tax 1 | 4920.28 | | Bank Deposits | $0.00 |
| Total | $4920.28 | | | |
| | | | Short | -7312.23 |
| ** ACCOUNT FOR | $66501.85 | | ** ACCOUNTED FOR | $66501.85 |

| ** Gross Sales ** | ** Adjusted Gross * | ** Net Sales ** | ** Voids ** | | ** Not Taxed |
|---|---|---|---|---|---|
| $64099.12 | $61491.19 | $61409.18 | | $2517.55 | 0.00 |
| ** Grand Total | ** Cash Tenders | ** Non Cash Tips | ** Gratuity ** | | ** Cash Less Tips |
| $66329.46 | 16880.18 | 9352.93 | | $0.00 | 7527.25 |
| ** Tranaction Avg $37.58 | Tran # 1634 | | Trans $ 61409.18 | | Cust Ct 1876 |

| Labor | | Percentage % | | |
|---|---|---|---|---|
| Total | | $0.00 | Discounts | |
| | | | buy/10 get/10 wings | 9.50 |
| | | | employee meal | 68.94 |
| | | | Manager Discount | 3.57 |
| | | | Total | $82.01 |