UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:  Case No. 21-11549-RAM
 Chapter 11
CSC Enterprises, Inc. DBA Scully's Tavern

Debtor.
_____/

**EQUITY ONE (FLORIDA PORTFOLIO) LLC'S NOTICE OF FILING PRIOR DEMANDS IN SUPPORT OF MOTION FOR RELIEF FROM STAY (DOC. NO. 18)**

EQUITY ONE (FLORIDA PORTFOLIO) LLC, a Florida limited liability Company ("Equity One"), hereby gives notice of filing in support of its Motion for Relief from Automatic Stay (Doc. No. 18), filed on March 5, 2021, the following documents which are attached hereto.

(1) **Three Day Notice to Debtor - Dated December 18, 2015;**
(2) **Three Day Notice to Debtor - Dated February 2, 2018;**
(3) **Three Day Notice to Debtor - Dated February 22, 2019;**
(4) **Three Day Notice to Debtor - Dated March 21, 2019;**
(5) **Three Day Notice to Debtor - Dated April 8, 2019;**
(6) **Three Day Notice to Debtor - Dated April 23, 2019;**
(7) **Three Day Notice to Debtor - Dated May 10, 2019; and**
(8) **Three Day Notice to Debtor - Dated September 23, 2019**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Dated April 13, 2021

/s/ Ryan E. Davis
RYAN E. DAVIS
Florida Bar No. 0179851
rdavis@whww.com
LAUREN M. REYNOLDS
Florida Bar No. 112141
lreynolds@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**

329 Park Avenue North, Second Floor
Post Office Box 880
Winter Park, FL 32790-0880
(407) 423-4246
(407) 645-3728 (facsimile)
Attorneys for Equity One (Florida Portfolio) LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2021, a true and correct copy of the foregoing has been furnished via:

***CM/ECF to:***

U.S. Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130
[USTPRegion21.MM.ECF@usdoj.gov]

Steven D. Schneiderman, Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130 [Steven.D.Schneiderman@usdoj.gov]

Ricardo Corona, Esquire, 3899 NW 7 St., Second Floor, Miami, FL 33126 [bk@coronapa.com]

Tarek Kiem, Subchapter V Trustee, Kiem Law, PLLC, 8461 Lake Worth Road, Suite 114, Lake Worth, FL 33467 [tarek@kiemlaw.com]

***U.S. Mail to:***

CSC Enterprises, Inc. DBA Scully's Tavern, 9809 SW 72nd St., Miami, FL 33713

All creditors and parties in interest listed on the mailing matrix attached hereto

/s/ Ryan E. Davis
RYAN E. DAVIS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 21-11549-RAM<br>Southern District of Florida<br>Miami<br>Tue Apr 13 15:22:20 EDT 2021 | CSC Enterprises, Inc. DBA Scully's Tave<br>9809 SW 72nd St<br>Miami, FL 33173-4617 | Equity One (Florida Portfolio), LLC<br>c/o Ryan E. Davis<br>Winderweedle, Haines, Ward & Woodman, PA<br>329 Park Avenue North<br>Second Floor<br>Winter Park, FL 32789-7408 |
| American Express<br>PO Box  650448<br>Dallas, TX 75265-0448 | Chris Hirsh<br>9733 SW 92nd Terr<br>Miami, FL 33176-1801 | Department of the Revenue<br>5050 West Tennessee Street,<br>Tallahassee, FL 32399-0100 |
| EQUITY ONE (FLORIDA PORTFOLIO) LLC<br>c/o Richard Cohen<br>811- A North Olive Ave<br>West Palm Beach, FL 33401-3709 | Internal Revenue Service<br>7850 SW 6th Court<br>STOP # 5730<br>Fort Lauderdale, FL 33324-3210 | Louis J Terminello, Trustee<br>600 Brickell Ave, Suite 3600<br>Miami, FL 33131-3073 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 |
| Ricardo Corona Esq.<br>3899 NW 7 St, Second Floor<br>Miami, FL 33126-5551 | Tarek Kirk Kiem<br>PO Box 541325<br>Greenacres, FL 33454-1325 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Equity One(Florida Portfolio)LLC<br>c/o Richard Cohen<br>811- A North Olive Ave<br>West Palm Beach, FL 33401-3709 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     2<br>Total                  15 |

**LAW OFFICES OF RICHARD S. COHEN, LLC**
811-A NORTH OLIVE AVENUE
WEST PALM BEACH, FLORIDA 33401
E-MAIL: RSCOHENESQ@AOL.COM

PHONE: 561-659-0901                                                        FAX: 561-659-0902

December 18, 2015

**THREE DAY NOTICE**

C.S.C. Enterprises, Inc.
/dba/ Scully's
Attn: Chris Hirsh
9809 SW 72nd Street
Miami, FL 33173

RE:   Your lease for the property known as: 9809 SW 72nd Street
                                            Miami, Florida 33173

    YOU ARE HEREBY NOTIFIED that you are indebted to **GRI-EQY (SUNSET 97) LLC,** your Landlord for the Rent and use of the premises known as C.S.C. Enterprises /dba/ Scully's, located at, 9809 SW 72nd Street, Miami, FL 33173, occupied by you and demand is hereby made for payment of the rent and additional rent as defined under the lease in the amount of **$25,280.56** or possession of the premises within **THREE (3) DAYS**, excluding Saturday, Sunday and legal holidays) from the date of delivery of this Notice to wit: on or before the **24th Day of December, 2015.**

Send payments to:   Equity One Realty & Management FL, Inc.
                    Agent for the Landlord
                    1550 NE Miami Gardens Drive - Suite 500
                    North Miami Beach, Florida    33179

    Please be guided accordingly.

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served on December 18, 2015 by overnight delivery - UPS Airbill No.:1Z5W2E430393028546

LAW OFFICES OF RICHARD S. COHEN, LLC

By: _____
                 Richard S. Cohen
                 Attorney for Landlord

cc: Chris Murphy

**LAW OFFICES OF RICHARD S. COHEN, LLC**
811-A NORTH OLIVE AVENUE
WEST PALM BEACH, FLORIDA  33401
E-MAIL:  RSCOHEN@RSCOHENESQLAW.COM

PHONE:  561-659-0901                                                                                   FAX:  561-659-0902

February 2, 2018

**THREE DAY NOTICE**

TO:  C.S.C. Enterprises
d/b/a Scully's
Attn: Chris Hirsh
9809 SW 72nd Street
Miami, FL 33173

RE:  Your lease for the property known as: 9809 SW 72nd Street
Miami, FL 33173
Shoppes at Sunset 1

YOU ARE HEREBY NOTIFIED that you are indebted to **Equity One (Florida Portfolio) LLC,** your Landlord for the Rent and use of the premises known as C.S.C. Enterprises, d/b/a Scully's, 9809 SW 72nd Street, Miami, FL 33173, occupied by you and demand is hereby made for payment of the rent and additional rent as defined under the lease in the amount of **$42,166.60,** or possession of the premises within **THREE (3) DAYS**, excluding Saturday, Sunday and legal holidays) from the date of delivery of this Notice to wit:  on or before the 8th day of February, 2018.

Send payments to:    Regency Centers
Agent for the Landlord
Attn: Tricia Hardt
One Independent Drive, Suite 114
Jacksonville, Fl 32202

Please be guided accordingly.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served on or about February 5, 2018, Via FedEx: 771388886164

LAW OFFICES OF RICHARD S. COHEN, LLC

By: _____
Richard S. Cohen
Attorney for Landlord

**LAW OFFICES OF RICHARD S. COHEN, LLC**
811-A NORTH OLIVE AVENUE
WEST PALM BEACH, FLORIDA 33401
E-MAIL: RSCOHEN@RSCOHENESQLAW.COM

PHONE: 561-659-0901                                                                                    FAX: 561-659-0902

February 22, 2019

### THREE DAY NOTICE

TO:   C.S.C. Enterprises, Inc.
      /dba/ Scully's
      Attn: Chris Hirsh
      9809 SW 72nd Street
      Miami, FL 33173

RE:   Your lease for the property known as:   9809 SW 72nd Street
                                              Miami, FL 33173
                                              Shoppes of Sunset

YOU ARE HEREBY NOTIFIED that you are indebted to **Equity One (Florida Portfolio) LLC,** your Landlord for the Rent and use of the premises known as C.S.C. Enterprises, Inc. /dba/ Scully's located at, 9809 SW 72nd Street, Miami, FL 33173, occupied by you and demand is hereby made for payment of the rent and additional rent as defined under the lease in the amount of **$36,139.56** or possession of the premises within **THREE (3) DAYS**, (excluding Saturday, Sunday and legal holidays) from the date of delivery of this Notice to wit: on or before the **28th Day of February, 2019**

Send payments to:   Regency Centers
                    Agent for the Landlord
                    Attn: Tricia Hardt
                    904-598-7353
                    One Independent Drive, Suite 114
                    Jacksonville, Fl 32202

Please be guided accordingly.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served on or about February 23, 2019 by overnight delivery - Via UPS Airbill No.: 1Z5W2E434298733835

LAW OFFICES OF RICHARD S. COHEN, LLC

By: _____
Jason L. Cohen
Attorney for Landlord

**LAW OFFICES OF RICHARD S. COHEN, LLC**
811-A NORTH OLIVE AVENUE
WEST PALM BEACH, FLORIDA  33401
E-MAIL:  RSCOHEN@RSCOHENESQLAW.COM

PHONE:  561-659-0901                                                                                      FAX:  561-659-0902

March 21, 2019

### THREE DAY NOTICE

TO:   C.S.C. Enterprises
       d/b/a Scully's
       Attn: Chris Hirsh
       9809 SW 72nd Street
       Miami, FL 33173

RE:   Your lease for the property known as: 9809 SW 72nd Street
                                             Miami, FL 33173
                                             Shoppes at Sunset 1

YOU ARE HEREBY NOTIFIED that you are indebted to **Equity One (Florida Portfolio) LLC,** your Landlord for the Rent and use of the premises known as C.S.C. Enterprises, d/b/a Scully's, 9809 SW 72nd Street, Miami, FL 33173, occupied by you and demand is hereby made for payment of the rent and additional rent as defined under the lease in the amount of **$48,489.64,** or possession of the premises within **THREE (3) DAYS**, excluding (Saturday, Sunday and legal holidays) from the date of delivery of this Notice to wit:  on or before the 27th Day of March, 2019.

Send payments to:   Regency Centers
                    Agent for the Landlord
                    Attn: Tricia Hardt
                    One Independent Drive, Suite 114
                    Jacksonville, Fl 32202

Please be guided accordingly.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served on or about March 22, 2019 by overnight delivery - UPS Airbill No.: 1Z5W2E430397871949

LAW OFFICES OF RICHARD S. COHEN, LLC

By: _____
    Richard S. Cohen
    Attorney for Landlord

**LAW OFFICES OF RICHARD S. COHEN, LLC**
811-A NORTH OLIVE AVENUE
WEST PALM BEACH, FLORIDA 33401
E-MAIL: RSCOHEN@RSCOHENESQLAW.COM

PHONE: 561-659-0901                                                         FAX: 561-659-0902

April 8, 2019

**THREE DAY NOTICE**

TO:   C.S.C. Enterprises, Inc.
      d/b/a Scully's
      Attn: Chris Hirsh
      9809 SW 72nd Street
      Miami, FL 33173

RE:   Your lease for the property known as: 9809 SW 72nd Street, Space/Unit 1
                                             Miami, FL 33173
                                             Shoppes at Sunset

YOU ARE HEREBY NOTIFIED that you are indebted to **EQUITY ONE (FLORIDA PORTFOLIO) LLC,** your Landlord for the Rent and use of the premises known as C.S.C. Enterprises, d/b/a Scully's, 9809 SW 72nd Street, Miami, FL 33173, occupied by you and demand is hereby made for payment of the rent and additional rent as defined under the lease in the amount of **$47,489.64,** or possession of the premises within **THREE (3) DAYS,** excluding (Saturday, Sunday and legal holidays) from the date of delivery of this Notice to wit: on or before the **12th Day of April, 2019.**

Send payments to:   Regency Centers
                    Agent for the Landlord
                    Attn: Tricia Hardt
                    One Independent Drive, Suite 114
                    Jacksonville, Fl 32202

Please be guided accordingly.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served on or about April 9, 2019, by overnight delivery via FedEx No.774907916302.

LAW OFFICES OF RICHARD S. COHEN, LLC

By: _____
    Richard S. Cohen
    Attorney for Landlord

## LAW OFFICES OF RICHARD S. COHEN, LLC
811-A NORTH OLIVE AVENUE
WEST PALM BEACH, FLORIDA 33401
E-MAIL: RSCOHEN@RSCOHENESQLAW.COM

PHONE: 561-659-0901                                                    FAX: 561-659-0902

April 23, 2019

### THREE DAY NOTICE

TO:   C.S.C. Enterprises, Inc.
      d/b/a Scully's
      Attn: Chris Hirsh
      9809 SW 72nd Street
      Miami, FL 33173

RE:   Your lease for the property known as: 9809 SW 72nd Street, Space/Unit 1
                                             Miami, FL 33173
                                             Shoppes at Sunset

YOU ARE HEREBY NOTIFIED that you are indebted to **EQUITY ONE (FLORIDA PORTFOLIO) LLC,** your Landlord for the Rent and use of the premises known as C.S.C. Enterprises, d/b/a Scully's, 9809 SW 72nd Street, Miami, FL 33173, occupied by you and demand is hereby made for payment of the rent and additional rent as defined under the lease in the amount of **$38,706.52,** or possession of the premises within **THREE (3) DAYS**, excluding (Saturday, Sunday and legal holidays) from the date of delivery of this Notice to wit: on or before the **29th Day of April, 2019.**

Send payments to:   Regency Centers
                    Agent for the Landlord
                    Attn: Tricia Hardt
                    904-598-7353
                    One Independent Drive, Suite 114
                    Jacksonville, Fl 32202

Please be guided accordingly.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served on or about April 24, 2019, by overnight delivery via UPS No.:1Z5W2E430394822560

LAW OFFICES OF RICHARD S. COHEN, LLC

By: _____
    Jason L. Cohen
    Attorney for Landlord

**LAW OFFICES OF RICHARD S. COHEN, LLC**
811-A NORTH OLIVE AVENUE
WEST PALM BEACH, FLORIDA 33401
E-MAIL: RSCOHEN@RSCOHENESQLAW.COM

PHONE: 561-659-0901                                                         FAX: 561-659-0902

May 10, 2019

### THREE DAY NOTICE

TO:    C.S.C. Enterprises, Inc.
/dba/ Scully's
Attn: Chris Hirsh
9809 SW 72nd Street
Miami, FL 33173

RE:    Your lease for the property known as:    9809 SW 72nd Street
Miami, FL 33173
Shoppes of Sunset I

    YOU ARE HEREBY NOTIFIED that you are indebted to **Equity One (Florida Portfolio) LLC,** your Landlord for the Rent and use of the premises known as C.S.C. Enterprises, Inc. /dba/ Scully's located at, 9809 SW 72nd Street, Miami, FL 33173, occupied by you and demand is hereby made for payment of the rent and additional rent as defined under the lease in the amount of **$47,226.52** or possession of the premises within **THREE (3) DAYS**, (excluding Saturday, Sunday and legal holidays) from the date of delivery of this Notice to wit: on or before the **16th Day of May, 2019.**

Send payments to:    Regency Centers
Agent for the Landlord
Attn: Tricia Hardt
904-598-7353
One Independent Drive, Suite 114
Jacksonville, Fl 32202

    Please be guided accordingly.

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served on or about May 13, 2019 by overnightt delivery - Via UPS Airbill No.: 1Z5W2E430398384081

LAW OFFICES OF RICHARD S. COHEN, LLC

By: _____
Jason L. Cohen
Attorney for Landlord

**LAW OFFICES OF RICHARD S. COHEN, LLC**
811-A NORTH OLIVE AVENUE
WEST PALM BEACH, FLORIDA 33401
E-MAIL: RSCOHEN@RSCOHENESQLAW.COM

PHONE: 561-659-0901                                                                 FAX: 561-659-0902

September 23, 2019

### THREE DAY NOTICE

TO:   C.S.C. Enterprises, Inc.
      /dba/ Scully's
      Attn: Chris Hirsh
      9809 SW 72nd Street
      Miami, FL 33173

RE:   Your lease for the property known as:    9809 SW 72nd Street
                                                Miami, FL 33173
                                                Shoppes of Sunset I

YOU ARE HEREBY NOTIFIED that you are indebted to **Equity One (Florida Portfolio) LLC,** your Landlord for the Rent and use of the premises known as C.S.C. Enterprises, Inc. /dba/ Scully's located at, 9809 SW 72nd Street, Miami, FL 33173, occupied by you and demand is hereby made for payment of the rent and additional rent as defined under the lease in the amount of **$20,735.16** or possession of the premises within **THREE (3) DAYS**, (excluding Saturday, Sunday and legal holidays) from the date of delivery of this Notice to wit: on or before the **27th Day of September, 2019.**

Send payments to:   Regency Centers
                    Agent for the Landlord
                    Attn: Tricia Hardt
                    904-598-7353
                    One Independent Drive, Suite 114
                    Jacksonville, Fl 32202

Please be guided accordingly.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served on or about September 24, 2019 by overnight delivery - Via UPS Airbill No.: 1Z5W2E430399094437

LAW OFFICES OF RICHARD S. COHEN, LLC

BY: _____
    Jason L. Cohen
    Attorney for Landlord