UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:  Case No. 21-11549-RAM
Chapter 11

CSC Enterprises, Inc. DBA Scully's Tavern

Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2021, a true copy of the ReNotice of Hearing (Doc. No. 39) was served:

**CM/ECF to:**

U.S. Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130 [USTPRegion21.MM.ECF@usdoj.gov]

Steven D. Schneiderman, Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130 [Steven.D.Schneiderman@usdoj.gov]

Ricardo Corona, Esquire, 3899 NW 7 St., Second Floor, Miami, FL 33126 [bk@coronapa.com]

Tarek Kiem, Subchapter V Trustee, Kiem Law, PLLC, 8461 Lake Worth Road, Suite 114, Lake Worth, FL 33467 [tarek@kiemlaw.com]

**U.S. Mail to:**

CSC Enterprises, Inc. DBA Scully's Tavern, 9809 SW 72nd St., Miami, FL 33713
All creditors and parties in interest that do not receive CM/ECF listed on the mailing matrix attached hereto.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Dated April 16, 2021.

*/s/ Ryan E. Davis*
RYAN E. DAVIS
Florida Bar No. 0179851
rdavis@whww.com

**WINDERWEEDLE, HAINES, WARD**
 **& WOODMAN, P.A.**
Post Office Box 880
Winter Park, FL  32790-0880
(407) 423-4246
(407) 645-3728 (facsimile)
Attorneys for Equity One (Florida Portfolio) LLC

Case 21-11549-RAM    Doc 42    Filed 04/16/21    Page 2 of 3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 21-11549-RAM<br>Southern District of Florida<br>Miami<br>Fri Apr 16 13:49:14 EDT 2021 | CSC Enterprises, Inc. DBA Scully's Tave<br>9809 SW 72nd St<br>Miami, FL 33173-4617 | Equity One (Florida Portfolio), LLC<br>c/o Ryan E. Davis<br>Winderweedle, Haines, Ward & Woodman, PA<br>329 Park Avenue North<br>Second Floor<br>Winter Park, FL 32789-7408 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | Chris Hirsh<br>9733 SW 92nd Terr<br>Miami, FL 33176-1801 | Department of the Revenue<br>5050 West Tennessee Street,<br>Tallahassee, FL 32399-0100 |
| EQUITY ONE (FLORIDA PORTFOLIO) LLC<br>c/o Richard Cohen<br>811- A North Olive Ave<br>West Palm Beach, FL 33401-3709 | Internal Revenue Service<br>7850 SW 6th Court<br>STOP # 5730<br>Fort Lauderdale, FL 33324-3210 | Louis J Terminello, Trustee<br>600 Brickell Ave, Suite 3600<br>Miami, FL 33131-3073 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 |
| Ricardo Corona Esq.<br>3899 NW 7 St, Second Floor<br>Miami, FL 33126-5551 | Tarek Kirk Kiem<br>PO Box 541325<br>Greenacres, FL 33454-1325 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Equity One(Florida Portfolio)LLC<br>c/o Richard Cohen<br>811- A North Olive Ave<br>West Palm Beach, FL 33401-3709 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     2<br>Total                  15 |