UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                    Chapter 11

C.S.C. ENTERPRISES, INC., d/b/a                          Case No.: 21-11549-RAM
SCULLY'S TAVERN,

    Debtor.
_____/

## MOTION TO DISMISS

Plaintiff, **C.S.C. Enterprises, Inc. d/b/a Scully's Tavern** ("Debtor"), by and through undersigned counsel, respectfully moves this Honorable Court for an Order Dismissing this Chapter 11 Subchapter V bankruptcy petition pursuant to Sections 105(a) and Section 1112 of title 11 of the United States Code, 11 U.S.C. § § 101-1532 (the "Bankruptcy Code") , and in support thereof state as follows:

1. The Debtor had filed a Chapter 11, Subchapter V bankruptcy petition due to the fact that the Landlord had filed an eviction action against the Debtor and the Debtor was attempting to reorganize and continue to operate.

2. The Debtor has operated a tavern and/or restaurant in the same location for more than 32 years and has experienced problems with the payment of the rent due the effects of Coronavirus and Coronavirus regulations on its business.

3. As to the date of this motion, there has only been five claims filed in this bankruptcy for a total of $284,981.29 which shows that the Debtor has been to maintain its financial stability for more than 30 years until the pandemic struck.

4. The largest claim was the one filed by the Landlord for $113,508.39.

5. The Debtor and the Landlord were able to reach a settlement during the bankruptcy as outlined in the Second Amendment to Lease Agreement. The Debtor's business has been generating more income due to improvement of the Coronavirus pandemic and the lifting of the restrictions.

6. The Debtor has been reviewing all his options under bankruptcy and outside of bankruptcy.

7. At this point, the Debtor 's interest and the interest of the Creditors may be better served if the Chapter 11, Subchapter V case is dismissed.

## MEMORANDUM OF LAW

Under Section 305(a)(1) of the Bankruptcy Code, the Court may, "after notice and a hearing …dismiss a case….if—(1) the interests of creditors and the debtor would be better served by such dismissal". In this this matter, the interests of the Debtor and the Creditors may be better served with a dismissal because the Debtor has been reviewing options that may be beneficial to the interests of all the parties, but the restrictions of Chapter 11, Subchapter V may hinder these options.

Secondly, the Debtor's case should be dismissed under § 1112(b) because it is the in the best interest of the estate. The issues that precipitated this bankruptcy, the rental lease and eviction have been addressed and cured for the most part with the Second Amendment to Lease Agreement. Furthermore, the Debtor which is run by the owners of the business can resolved the issues more quickly and cheaply if the case is dismissed.

Finally, the dismissal of this case will not impair the rights of any other creditor of this estate as dismissal will simply return such creditors to their relative positions immediately prior to the filing of the Debtor's voluntary petition.

WHEREFORE, Debtor respectfully requests that the Court enter an order dismissing the Chapter 11 Subchapter V petition.

Dated: July 1, 2021.

**CORONA LAW FIRM, P.A.**
3899 NW 7th Street, Second Floor
Miami, Florida 33126
Telephone: (305) 547-1234
Facsimile: (305) 266-1151
Email: rcorona@coronapa.com

By: __/s/ Ricardo Corona_____
    Ricardo Corona, Esquire
    FBN 111333

**Via CM/ECF**
U.S. TRUSTEE
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Steven D. Schneiderman
Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130
Steven.D.Schneiderman@usdoj.gov

Equity One (Florida Portfolio) LLC
Ryan E. Davis – Attorney for Landlord/Creditor
Winderweedle, Haines, Ward & Woodman, P.A.
P.O. Box 880
Winter Park, FL 32790-0880
rdavis@whww.com

Tarek Kiem – Subchapter V Trustee
Kiem Law, PLLC
8461 Lake Worth Road, Suite 114
Lake Worth, FL 33467
tarek@kiemlaw.com

**<u>Via U.S. Mail to:</u>**

CSC Enterprises, Inc. DBA Scully's Tavern
9809 SW 72 Street
Miami, FL 33173

All creditors and parties in interest listed on the mailing matrix attached hereto.