**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:                                                                Chapter 11

C.S.C. ENTERPRISES, INC., d/b/a                Case No.: 21-11549-RAM
SCULLY'S TAVERN,

    Debtor.

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the Notice of Hearing for the Motion to Dismiss Case, D.E#71 has been served via CM/ECF notification or USPS Mail to the parties on the attached Mailing Matrix and all others set forth on the NEF on this **1st** day of **July 2021.**

    /s/ Ricardo Corona
    Ricardo R. Corona, Esq.
    Florida Bar No.:111333
    3899 NW 7 Street, Suite 202-B
    Miami, FL 33126
    (305) 266-1150
    (305)266-1151
    bk@coronapa.com

**Via CM/ECF**

U.S. TRUSTEE
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Steven D. Schneiderman
Office of the U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130
Steven.D.Schneiderman@usdoj.gov

Equity One (Florida Portfolio) LLC
Ryan E. Davis – Attorney for Landlord/Creditor
Winderweedle, Haines, Ward & Woodman, P.A.
P.O. Box 880
Winter Park, FL 32790-0880
rdavis@whww.com

Tarek Kiem – Subchapter V Trustee
Kiem Law, PLLC
8461 Lake Worth Road, Suite 114
Lake Worth, FL 33467
tarek@kiemlaw.com

**Via U.S. Mail to:**
CSC Enterprises, Inc. DBA Scully's Tavern
9809 SW 72 Street
Miami, FL 33173

All creditors and parties in interest listed on the mailing matrix attached hereto.